MARY A. McCOUBRAY, Respondent, *v.* THE ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.

*McCoubray* v. *St. Paul F. & M. Ins. Co.*, 50 App. Div. 416, affirmed. (Submitted December 13, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 5, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William D. Murray* for appellant.

*William F. O'Neill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.

---

MARY A. HUCK, Appellant, *v.* ROCHESTER RAILWAY COMPANY, Respondent.

*Huck* v. *Rochester Ry. Co.*, 43 App. Div. 615, affirmed. (Argued December 16, 1901; decided December 31, 1901.)

APPEAL from a judgment entered September 21, 1899, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon the verdict.

*Thomas Raines* for appellant.

*Charles J. Bissell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT and CULLEN, JJ. Dissenting: LANDON, J. Not sitting: WERNER, J.